**FILED**

03/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0055

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Case No.  DA 20-0055

| | | |
|---|---|---|
| RYAN JONES,<br><br>Appellant/Plaintiff<br><br>vs.<br><br>MONTANA STATE UNIVERSITY, a Unit of the Montana University System & Subdivision of the State of Montana,<br><br>Appellee/Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER GRANTING EXTENSION OF TIME TO FILE OPENING BRIEF** |

Appellant/Plaintiff Ryan Jones has moved the Court, pursuant to Mont. R. App. P. 26(1), for a 30-day extension from March 11, 2020, up to and including April 10, 2020, in which to file his opening brief in this matter. Appellee does not oppose the motion.

Pursuant to the authority granted under Mont. R. App. P. 26(1), Appellant is given an extension of time up to and including April 10, 2020, to file his opening brief.

DATED this _____ day of _____, 2020.


_____
Supreme Court Justice


Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 6 2020